BEFORE THE FIRST DIVISION, FEBRUARY 20, 1957

**No. 60500.**—M. Pressner & Co. *v.* United States, protest 268062–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the articles in question are "not chiefly used for the amusement of children" and that they are composed in chief value of india rubber, the claim of the plaintiff was sustained.